CRIMINAL COMPLAINT    CASE NO. 19-8165-BER

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>LIONEL ENGLAND, DOB xx/xx/1981<br>SUDISHA JOHNSON, DOB xx/xx/1986 | DOCKET NO.<br><br>FILED BY ___TM___ D.C.<br>Apr 17, 2019<br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S. D. OF FLA. - West Palm Beach<br><br>MAGISTRATE'S CASE NO.<br>**19-07304MJ** |

Complaint for violation of Title 18, United States Code § 1956

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**Count 1:** From a time unknown and continuing through approximately February 28, 2019, at or near Pearce, in the District of Arizona and elsewhere, the defendants Lionel England, Sudisha Johnson and others involved, knowingly, intentionally combined, confederated and agreed with each other to commit an ongoing Mail and Wire Fraud Scheme based on material false information and the intentional concealment of material facts in violation of Title 18, United States Code, Section 1349.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
Financial exploitation is a fast-growing form of abuse of seniors and adults with disabilities. Elder Financial exploitation takes many forms. While the vast majority of reports involve perpetrators who are related to, or in trusting relationships with, the victim, scams and frauds by strangers are also very common. One of the common scams by strangers is lottery and sweepstakes scams which tell the victim that they have already won but they need to send money to cover their taxes or for other reasons.

### Victim J.S.

Victim J.S, a resident of the City of Pearce, Arizona, reported that he was the victim of a lottery and sweepstakes scam. Victim J.S. was led to believe he won the Publishers Clearing House sweepstakes valued at $8,500,000.
**(continued on other pages)**

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA Michael Jette | SIGNATURE OF COMPLAINANT |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | OFFICIAL TITLE & NAME:<br>Bret Curtis, Special Agent, FBI |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br><br>1) See Federal rules of Criminal Procedure Rules 3 and 54 | DATE<br>April 8, 2019 |

Between October 2018 and November 2018, Victim J.S. was directed to mail $1,000 to Omar Stephenson at 4897 Bryant Drive, Snellville, Georgia 30039, in order to receive winnings from the sweepstakes he was told he won. On 10/29/2018, Vitim J.S. mailed a $300 National Bank of Arizona check to Omar Stephenson at 4897 Bryant Drive, Snellville, Georgia 30039. On 11/29/2018, Vitim J.S. mailed $700, via the United States Postal Service, to Omar Stephenson at 4897Bryant Drive, Snellville, Georgia 30039, in order to receive winnings from the sweepstakes he was told he won.

### Victim J.T.

Victim J.T, a resident of the City of Harrodsburg, Kentucky, reported that he was the victim of a lottery scam. Victim J.T. was led to believe he won a lottery valued at $7,000,000.

Between August 2017 and February 2019, Victim J.T. was directed to mail, and/or wire, $120,674 to different addresses and individuals in order to receive winnings from the lottery he was told he won. On 11/01/2018, Victim J.T. was directed to mail $2,065 to 4897 Bryant Drive, Snellville, Georgia 30039. On 11/08/2018, Victim J.T. was directed to mail $950 to 4897 Bryant Drive, Snellville, Georgia 30039. On 01/14/2019, Victim J.T. was directed to mail $2,800 to 4897 Bryant Drive, Snellville, Georgia 30039.

Victim J.T. was also directed to mail money to 4940 Haverhill Common's Circle #25, West Palm Beach, Florida 33417 and to 1332 Avon Lane Apartment 24, North Lauderdale, Florida 33068 in order to receive winnings from the lottery he was told he won. Public records show that **Lionel England** lived at 4940 Haverhill Common's Circle #25, West Palm Beach, Florida 33417. **Lionel England's** Florida driver license lists his address as 1332 Avon Lane Apartment 24, North Lauderdale, Florida 33068.

Victim J.T. was directed to wire money, via Western Union, Money Gram and Ria Money Transfer, directly to **Lionel England** and **Sudisha Johnson** in order to receive winnings from the lottery he was told he won. The following list documents dates and amounts of money Victim J.T. mailed to 4940 Haverhill Common's Circle #25, West Palm Beach, Florida 33417 and to 1332 Avon Lane Apartment 24, North Lauderdale, Florida, and the money he wired to **Lionel England** and **Sudisha Johnson**:

| Date | Amount | Package Sent - Name | Package Sent - Address |
|---|---|---|---|
| 12/8/2017 | $1,000 | Mailed to **Lionel England** | 1332 Avon Lane Apt. 24, North Lauderdale, FL 33068 |
| 12/8/2017 | $250 | Mailed to **Lionel England** | 1332 Avon Lane Apt. 24, North Lauderdale, FL 33068 |
| 12/11/2017 | $315 | **Lionel England** | Ria (to Florida) |
| 12/12/2017 | $315 | **Lionel England** | Western Union (to Florida) |
| 12/14/2017 | $750 | **Lionel England** | Western Union (to Florida) |
| 12/15/2017 | $425 | **Lionel England** | Money Gram |
| 12/15/2017 | $450 | **Lionel England** | Money Gram |
| 12/18/2017 | $225 | **Lionel England** | Ria (to Florida) |
| 12/18/2017 | $350 | **Lionel England** | Ria (to Florida) |
| 12/19/2017 | $325 | **Lionel England** | Ria (to Florida) |
| 12/19/2017 | $450 | **Lionel England** | Western Union (to Florida) |
| 1/4/2018 | $425 | **Lionel England** | Ria Wire (to Florida) |
| 1/4/2018 | $690 | **Lionel England** | Western Union (to Florida) |
| 1/4/2018 | $425 | **Lionel England** | Ria Wire (to Florida) |
| 1/5/2018 | $575 | **Lionel England** | Western Union (to Florida) |
| 1/5/2018 | $535 | **Lionel England** | Ria Wire (to Miami, Florida) |
| 1/6/2018 | $550 | **Lionel England** | Western Union (to Florida) |
| 1/8/2018 | $400 | **Lionel England** | Western Union (to Florida) |
| 1/8/2018 | $450 | **Lionel England** | Western Union (to Florida) |
| 1/9/2018 | $600 | **Lionel England** | Western Union (to Florida) |
| 1/10/2018 | $500 | **Lionel England** | Western Union (to Florida) |
| 1/10/2018 | $500 | **Lionel England** | Western Union (to Florida) |
| 1/11/2018 | $900 | **Lionel England** | Western Union (to Florida) |
| 1/12/2018 | $435 | **Lionel England** | Ria Wire (to Florida) |
| 1/13/2018 | $400 | **Sudisha Johnson** | Western Union |
| 1/16/2018 | $500 | **Sudisha Johnson** | Western Union |
| 1/16/2018 | $575 | **Sudisha Johnson** | Ria |
| 1/18/2018 | $690 | **Sudisha Johnson** | Western Union |
| 1/18/2018 | $600 | **Lionel England** | Ria Wire (to Miami, Florida) |
| 1/20/2018 | $575 | **Lionel England** | Ria Wire (to Miami, Florida) |
| 5/2/2018 | $900 | Mailed to | 1332 Avon Lane Apt 24, North Lauderdale, FL 33068 |

| Date | Amount | Recipient | Address/Method |
|---|---|---|---|
| 5/4/2018 | $800 | Mailed to | 1332 Avon Lane Apt 24, North Lauderdale, FL 33068 |
| 5/10/2018 | $800 | Mailed to | 1332 Avon Lane Apt 24, North Lauderdale, FL 33068 |
| 7/24/2018 | $900 | **Sudisha Johnson** | Ria Wire |
| 7/24/2018 | $900 | **Sudisha Johnson** | Western Union |
| 7/25/2018 | $913 | **Sudisha Johnson** | Western Union |
| 8/6/2018 | $2,200 | Mailed to | 4940 Haverhill Commons Cir #25, West Palm Beach, FL 33417 |
| 8/11/2018 | $2,650 | Mailed to | 4940 Haverhill Commons Cir #25, West Palm Beach, FL 33417 |
| 8/15/2018 | $1,000 | Mailed to | 4940 Haverhill Commons Cir #25, West Palm Beach, FL 33417 |
| 8/17/2018 | $655 | Mailed to | 4940 Haverhill Commons Cir #25, West Palm Beach, FL 33417 |
| 8/23/2018 | $3,500 | Mailed to | 4940 Haverhill Commons Cir #25, West Palm Beach, FL 33417 |
| 8/29/2018 | $2,975 | Mailed to | 4940 Haverhill Commons Cir #25, West Palm Beach, FL 33417 |
| 9/5/2018 | $3,000 | Mailed to | 4940 Haverhill Commons Cir #25, West Palm Beach, FL 33417 |
| 9/6/2018 | $988 | Mailed to | 4940 Haverhill Commons Cir #25, West Palm Beach, FL 33417 |
| 9/10/2018 | $1,188 | Mailed to | 4940 Haverhill Commons Cir #25, West Palm Beach, FL 33417 |
| 9/17/2018 | $2,850 | Mailed to | 4940 Haverhill Commons Cir #25, West Palm Beach, FL 33417 |
| 9/20/2018 | $1,975 | Mailed to | 4940 Haverhill Commons Cir #25, West Palm Beach, FL 33417 |

| Date | Amount | To | Address |
|---|---|---|---|
| 9/28/2018 | $1,975 | Mailed to | 4940 Haverhill Commons Cir #25, West Palm Beach, FL 33417 |
| 10/3/2018 | $1,000 | Mailed to | 4940 Haverhill Commons Cir #25, West Palm Beach, FL 33417 |
| 10/5/2018 | $600 | Mailed to | 4940 Haverhill Commons Cir #25, West Palm Beach, FL 33417 |
| 10/10/2018 | $1,775 | Mailed to | 4940 Haverhill Commons Cir #25, West Palm Beach, FL 33417 |
| 10/11/2018 | $1,350 | Mailed to | 4940 Haverhill Commons Cir #25, West Palm Beach, FL 33417 |
| 12/23/2018 | $257 | **Lionel England** | Western Union (to Florida) |
| 1/17/2019 | $675 | Mailed to | 4940 Haverhill Commons Cir #25, West Palm Beach, FL 33417 |
| 1/18/2019 | $565 | Mailed to | 4940 Haverhill Commons Cir #25, West Palm Beach, FL 33417 |
| 1/25/2019 | $500 | Mailed to | 4940 Haverhill Commons Cir #25, West Palm Beach, FL 33417 |
| 2/1/2019 | $830 | Mailed to | 4940 Haverhill Commons Cir #25, West Palm Beach, FL 33417 |
| 2/1/2019 | $975 | Mailed to | 4940 Haverhill Commons Cir #25, West Palm Beach, FL 33417 |
| 2/7/2019 | $650 | Mailed to | 4940 Haverhill Commons Cir #25, West Palm Beach, FL 33417 |
| 2/9/2019 |  | Mailed to | 4940 Haverhill Commons Cir #25, West Palm Beach, FL 33417 |

| Total Sent | $54,526 |

On 02/28/2019, after being advised of his constitutional rights, Omar Stephenson admitted to his involvement in a lottery scam. Omar Stephenson identified co-conspirators in Jamaica who called elderly victims in the United States and told them they won the lottery. Omar Stephenson explained how those co-conspirators directed elderly victims to mail money to him as part of the scam.

Omar Stephenson said that since 2017, his co-conspirators have paid him to receive packages of money from lottery scam victims at his home at 4897 Bryant Drive, Snellville, Georgia 30039. Omar Stephenson said he was paid to wire tens of thousands of dollars to different people in Jamaica in furtherance of the fraud scheme.

Omar Stephenson admitted to wiring more than $55,000 to multiple receivers in Jamaica and the United States between 01/01/2018 and 02/03/2019. Omar Stephenson explained that because Western Union, Money Gram and other money transfer companies monitor unusual money transfers. Omar Stephenson employed a number of people to help him wire money to Jamaica so he could avoid detection.

Omar Stephenson identified **Lionel England** as a friend. He identified **Sudisha Johnson** as **Lionel England's** girlfriend. Omar Stephenson said the last time he wired money to **Sudisha Johnson** was in February 2019. He wired money to **Sudisha Johnson** so she could deliver it to **Lionel England**.

On or about 03/01/2019, the day after the search warrant was executed at 4897 Bryant Drive, Snellville, Georgia 30039, Victim J.T. got a call from the person who had directed him to mail and wire money to **Lionel England** and **Sudisha Johnson**. That person told Victim J.T. to shred all documents and receipts related to the money he had wired and/or mailed in the past in order to receive the lottery prize. Victim J.T. was told that if he did not shred the documents he would no longer be eligible to win the lottery prize.